UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE ROCHA EXPRESS, INC, <br><br>  Plaintiff, <br><br> v. <br><br> COMBINED RESOURCES, INC., <br><br> Defendant. | Case No. 24-cv-02037-JST <br><br> **ORDER OF DISMISSAL UPON SETTLEMENT** <br><br> Re: ECF No. 44 |

The mediator has filed a certification of ADR session stating that the case has settled. ECF No. 44. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

**IT IS SO ORDERED**.

Dated: May 12, 2025

JON S. TIGAR
United States District Judge